AO 450 (Rev. 1/25) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| MILES THOMAS<br><br>　　　Plaintiff,<br><br>　　　V.<br><br>JILL HAGGARD GREEN; KAMANI KUALA'AU; KEAWE KAHOLOKULA; DARLENA CHADWICK<br><br>　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: 1:25-CV-00126-DKW-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>**Apr 23, 2025, 2:48 pm**<br>LUCY H. CARRILLO, CLERK OF COURT |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice for lack of subject matter jurisdiction, and judgment is entered pursuant to the "ORDER (1) SCREENING AND DISMISSING COMPLAINT, (2) DENYING MOTION FOR APPOINTMENT OF COUNSEL, (3) HOLDING IN ABEYANCE APPLICATION TO PROCEED *IN FORMA PAUPERIS,* AND (4) REQUIRING PLAINTIFF MILES THOMAS TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT JURISDICTION", ECF No. 6, filed on March 31, 2025, and the ENTERING ORDER, ECF No. 7, filed on April 23, 2025. It is further ordered that the Clerk shall close this case.

| April 23, 2025 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |